FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

00 MAY -3 AM 9:10

U.S. DISTRICT COURT
N.D. OF ALABAMA

ASHLEY HARTMANN, *etc.*, }
}
    Plaintiff, }
} CIVIL ACTION NO.
v. }
} 99-AR-2033-S
SCANDIPHARM, INC., *et al.*, }
}
    Defendants. }
}

ENTERED
MAY - 3 2000

### MEMORANDUM OPINION

The court has for consideration the motion for partial reconsideration filed by defendants, American Home Products Corporation, Eurand International, S.p.A., and Scientific Protein Laboratories, Inc., on May 2, 2000, applicable to the above-entitled case and the two cases consolidated with it for discovery purposes. Even if the sequence of events outlined in the order entered on April 26, 2000, had not precluded these defendants from filing objections to plaintiffs' requests for production, there is no reason why these defendants' proposed objections could not have been timely filed. If they had been timely filed, they would have been overruled. Defendants' motion for partial reconsideration will be denied by separate order.

    DONE this 3rd day of May, 2000.

                                          WILLIAM M. ACKER, JR.
                                          UNITED STATES DISTRICT JUDGE

52